|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>GREGORY J. CINZIO,<br><br>                                        Debtor.<br>------------------------------------------------x | kp7299/MD<br>April 21, 2021<br>2:00 PM<br><br>Chapter 13<br>Case No. 17-22337-SHL-13<br><br>**NOTICE OF MOTION** |

        PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Sean H. Lane, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 300 Quarropas, White Plains, NY 10601-4150, on the 21st day of April, 2021 at 2:00 PM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
        March 30, 2021

                                                      /s/ *Krista M. Preuss*
                                                      KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
                                                      399 KNOLLWOOD ROAD, STE 102
                                                      WHITE PLAINS, NY 10603
                                                      (914)328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------x<br>IN RE:<br><br>GREGORY J. CINZIO,<br><br>  Debtor.<br>-------------------------------------------------x | kp7299/MD<br>April 21, 2021<br>02:00 PM<br><br>Chapter 13<br>Case No: 17-22337-SHL-13<br><br>**APPLICATION** |

TO THE HONORABLE SEAN H. LANE, U.S. BANKRUPTCY JUDGE:

    KRISTA M. PREUSS, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

    1.    The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 6, 2017 and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

    2.    The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to all priority claims as required by 11 U.S.C. §1322(a)(2).

    3.    Furthermore, the Debtor has failed to provide the Trustee with copies of filed 2019 federal and state tax returns and refunds, if any.

    4.    The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

    5.    The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       March 30, 2021

                                                      /s/ *Krista M. Preuss*
                                                      Krista M. Preuss, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x       Case No: 17-22337-SHL-13
IN RE:

 GREGORY J. CINZIO,

**CERTIFICATE OF SERVICE**
**BY MAIL**

        Debtor.
---------------------------------------------------x

  This is to certify that I, Nancy Barreiro, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

GREGORY J. CINZIO
4 BEATRICE LANE
NEW CITY, NY 10956


ADAMS LAW GROUP, LLC
98 LAFAYETTE AVENUE
FL 2
SUFFERN, NY 10901



This March 30, 2021

/s/Nancy Barreiro
Nancy Barreiro, Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 17-22337-SHL-13
Hon. SEAN H. LANE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------------------------------------
IN RE:

GREGORY J. CINZIO,

                Debtor.

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**KRISTA M. PREUSS
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**